No. A–472. KELLEY *v.* UNITED STATES ET AL. D. C. C. D. Cal. Reapplication for stay pending appeal, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this reapplication.

No. A–638. HANSON ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Application for temporary restraining order, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.

No. D–59. IN RE DISBARMENT OF NELSON. Raymond Alexander Nelson, of San Anselmo, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause heretofore issued on October 14, 1975 [*ante,* p. 888], is hereby discharged.

No. 52, Orig. UNITED STATES *v.* FLORIDA. Supplemental Report of Special Master received and ordered filed. Parties directed to submit a proposed decree. [See 420 U. S. 531.]

No. 64, Orig. NEW HAMPSHIRE *v.* MAINE. Motion of New Hampshire Commercial Fishermen's Assn. for leave to file a brief as *amicus curiae* granted. [For earlier orders herein, see, *e. g., ante,* p. 919.]